**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Crim. No. 20-MJ-03061-KAR** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **JOHN MICHAEL RATHBUN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S MOTION FOR PRETRIAL DETENTION**
**OF DEFENDANT PURSUANT TO 18 U.S.C. §§ 3142(e) and (f)**

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1.      Eligibility of Case. This case is eligible for a detention order because it involves (check all the apply):

<u>XXX</u>   Crime of violence (18 U.S.C. §§ 3142(f)(1)(A) and 3156)

___   Maximum sentence life imprisonment or death (18 U.S.C. § 3142(f)(1)(B))

___   10 plus years drug offense (18 U.S.C. § 3142(f)(1)(C))

___   Felony, with two prior convictions in above categories (18 U.S.C. § 3142(f)(1)(D))

___   Felony involving possession of firearm / destructive device (18 U.S.C. § 3142(f)(1)(E))

<u>XXX</u>   Serious risk defendant will flee (18 U.S.C. § 3142(f)(2)(A))

___   Serious risk of obstruction of justice

2.      <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

XXX   Defendant's appearance as required

XXX   Safety of any other person and the community

3.      <u>Rebuttable Presumption</u>. None.

4.      <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing after three days.   18 U.S.C. § 3142(f).

5.      <u>Witnesses</u>.

The United States intends to proceed by proffer and affidavit of Special Agent Ryan Mcgonicle.

6.      <u>Other Matters</u>.

None.

DATED:      April 15, 2020

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:    *Steven H. Breslow*
STEVEN H. BRESLOW
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden,   ss.                    Springfield, Massachusetts
                                        April 15, 2020


     I, Steven H. Breslow, Assistant U.S. Attorney, hereby certify that the foregoing was filed by ECF and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


                  *Steven H. Breslow*
                  STEVEN H. BRESLOW
                  Assistant United States Attorney