UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

**MOTION FOR RECONSIDERATION OF THE COURT'S DECISION [D.E. 60]
GRANTING THE GOVERNMENT'S MOTION FOR EXCLUDABLE DELAY [D.E. 55]**

In its electronic order granting the government's Motion for Excludable Delay, the Court

indicated that the defendant had objected by not filed an opposition. D.E. 60. Defendant,

however, did file his written opposition yesterday, admittedly two business days later than the

deadline most recently set by the Court for the written opposition. *See* D.E. 59. Defendant regrets

the late filing brought about by the press of other matters before this and other sessions of the

District Court and respectfully requests that the Court reconsider its decision after consideration

of defendant's written opposition. Defendant additionally requests that the Court consider the

alternative remedy of defendant's release set forth in the written opposition.

JOHN RATHBUN
By his attorney,

/s/ Timothy G. Watkins
Timothy G. Watkins
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 23, 2020.

/s/ Timothy G. Watkins
Timothy G. Watkins