UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

## <u>MOTION IN LIMINE TO PRECLUDE INTRODUCTION OF<br>REACTION TESTIMONY</u>

The government indicates that it intends to present one or more witnesses that will testify to their reaction upon learning, after the fact, that a fuel container was discovered on the grounds of 832 Converse St. in East Longmeadow. Any such testimony must be excluded as irrelevant because it is bereft of a tendency to make any fact at issue more or less probable than it would be without the testimony. Fed. R. Evid. 401. Moreover, such testimony only invites an appeal to emotion, rather than an objective consideration of the actual charge in the indictment and so must be excluded as unfairly prejudicial pursuant to Rule 403. *See United States v. Fulmer*, 108 F.3d 1486, 1497-98 (1st Cir. 1997) (reversing conviction where references to the Oklahoma City bombing, while of some probative value, tremendously outweighed by prejudicial impact); *United States v. Rodriguez-Cortes*, 949 F.2d 532, 541 (1st Cir. 1991)(reversing conviction where introduction of defendant's Colombian identification card, although relevant, presented impermissible danger of conviction on improper basis).

JOHN RATHBUN
By his attorneys,


/s/ Timothy G. Watkins
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210

Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2020.

/s/ Timothy G. Watkins
Timothy G. Watkins