UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

**MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT FROM REFERRING TO THE FUEL CONTAINER AS AN "INCENDIARY DEVICE"**

The government, in its pleadings, has repeatedly referred to the fuel container found at 832 Converse St. in East Longmeadow as an "incendiary device." *See, e.g., Indictment* [D.E. 34 at ¶ 4; *Government's Motion to Stay and Objection to Magistrate Judge's Pre-Trial Release Order* [D.E. 6] (four references to "incendiary device" in eleven pages); *Government's Preliminary Hearing Memorandum* [D.E. 19] (characterizing fuel container as an "incendiary device" four times in seven pages); *Government's Opposition to Defendant's Motion to Revoke Detention Order* [D.E. 63] (fuel container characterized as "incendiary device" three times in five pages). Defendant requests that the Court prohibit the government from referring to the fuel container as an "incendiary device" during trial with the exception of its argument to the jury. Defendant likewise moves to strike the phrase "homemade incendiary device" from the Indictment.

As reason therefore, the phrase is argumentative, will assume facts not in evidence, and invades the province of the jury. Whether the fuel container constitutes an explosive or incendiary device as defined by 18 U.S.C. § 232(6) is the for the jury's determination and is an issue that will be hotly contested at trial. The government should not be permitted to anchor and argue its *ipse dixit* conclusion in the indictment and throughout trial prior to its closing summation.

JOHN RATHBUN
By his attorneys,


/s/ Timothy G. Watkins
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061


**CERTIFICATE OF SERVICE**

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2020.

/s/ Timothy G. Watkins
Timothy G. Watkins