UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
        )
v.        )        CRIMINAL NO. 20-30018-MGM
        )
JOHN RATHBUN    )

**MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT'S ELICITATION OF
DETAILS REGARDING PROBABLE CAUSE
TO SEARCH RATHBUN'S HOME AND INTERVIEW HIM**

The government indicates that it intends to elicit through a testifying law enforcement agent that agents searched Rathbun's home on April 15, 2020 pursuant to a search warrant issued on probable cause. In addition, the government intends to elicit specific features of law enforcement's investigation that established probable cause, including that a bloodstain on the fuel container and a paper stuffed in its spout was a match in the FBI's CODIS database. Defendant objects. Testimony referring to a search warrant and more specifically the details of probable cause within its supporting affidavit, along with the government's hope that it can invoke the imprimatur of a judicial finding of probable cause, is irrelevant, prejudicial and must be excluded. Defendant has not challenged the issuance of the search warrant and will not suggest at trial that law enforcement arrived and searched his home illegally.[1] Why law enforcement officers arrived at Rathbun's home is irrelevant to any fact at issue in the case, Fed. R. Evid. 401, and in any case reciting the contours of law enforcement's investigation is unnecessarily and unduly prejudicial. Fed. R. Evid. 403.

---

[1] It is not at all clear to the defendant that any relevant evidence was recovered in the search of Rathbun's home; the government has not yet definitively identified items it wishes to introduce from the search. Defendant reserves the right to object to the admission of any evidence on relevance grounds once the government has identified those items it seeks to introduce.

For the foregoing reasons, this Court should preclude the government's efforts to elicit evidence through its case agent that that is inadmissible as well as unduly and unnecessarily prejudicial.

> JOHN RATHBUN
> By his attorneys,
>
>
> /s/ Timothy G. Watkins
> Timothy G. Watkins
> Forest O'Neill-Greenberg
> Federal Defender Office
> 51 Sleeper Street, 5th Floor
> Boston, MA  02210
> Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2020.

> /s/ Timothy G. Watkins
> Timothy G. Watkins