JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II _____          **Investigating Agency** FBI _____

**City** Longmeadow _____          **Related Case Information:**

**County** Hampden _____          Superseding Ind./ Inf.  Yes. _____     Case No.  20-CR-30018-MGM (
                                    Same Defendant  Yes _____     New Defendant No _____
                                    Magistrate Judge Case Number  20-mj-03061-KAR _____
                                    Search Warrant Case Number  20-mj-03060-KAR _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   John Michael Rathbun _____          Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Longmeadow, MA _____

Birth date (Yr only): 1983   SSN (last4#): 6444   Sex < _____   Race: White _____   Nationality: USA _____

**Defense Counsel if known:**   Asst. Fed. Def. Timothy Watkins   Address  Fed. Def. Of Western Mass. Satellite Office

**Bar Number** _____                                    116 Pleasant Street, Suite 430 _____
                                                          Easthampton, MA 01027

**U.S. Attorney Information:**

**AUSA**   Steven H. Breslow _____          Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

   ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of          04/17/2020          in   Hampden County Jail and HOC .
☐ Already in State Custody at _____          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____          on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ——          ☐ Misdemeanor ——          ☑ Felony   3 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:   10/15/2020          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     20-CR-30018-MGM (S-1)

**Name of Defendant**     John Michael Rathbun

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 844(d) and 2 | Attempted Transportation and Receipt of Explosives | 1 |
| Set 2 | 18 USC 844(i) and 2 | Attempted Damage / Destruction By Fire and Explosive | 2 |
| Set 3 | 18 USC 1001(a)(2) | False Statements | 3 |
| Set 4 | USSG 3A.1.1(a) | Selection of Offense Object Based Upon Race, Religion | -- |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013