# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    NO. 3:20-cr-30018-MGM

JOHN MICHAEL RATHBUN,

Defendant.

## STIPULATIONS

1. Regina Ellis, who lives near the location where the yellow fuel cannister was placed, first observed the cannister at approximately 8:30 a.m. on April 2, 2020.

2. On the Massachusetts State Crime Laboratory (MSP Crime Lab) examined the yellow fuel container (Government's exhibit PX 1) for fingerprints. No fingerprints were found on the container.

3. Government exhibits PX 74, 75, 76, 78, and 110 consist of cell phone records from Verizon Wireless for telephone number (413) 636-4047. These records are authentic business records from Verizon Wireless that meet the admissibility requirements of Fed. R. Evid. 803(6).

4. Government exhibits PX 45, 46, 49, 50, 52, and 109 contain excerpts from a digital image of the defendant's iPhone. That digital image is an accurate copy of the data on the defendant's iPhone.

5. Government exhibit PX 88 consists of excerpts from a digital image of a laptop that belongs to Sheila Rathbun. That digital image is an accurate copy of the data on the laptop.

6. Government exhibits PX 93, 94, 96, 99, 102, and 108 are portions of consensually recorded telephone conversations in which the defendant participated. These recordings are accurate

copies of those consensually recorded telephone calls.

7.  These Stipulations may be read to the jury and introduced as evidence.

Dated: November **17**, 2020

TIMOTHY G. WATKINS
FOREST J. O'NEILL-GREENBERG
Attorneys for John Rathbun

NEIL DESROCHES
Assistant U.S. Attorney
RISA BERKOWER
Trial Attorney
U.S. Department of Justice

2

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:  */s/ Risa Berkower*
RISA BERKOWER
Trial Attorney, U.S. Department of Justice

Dated: November 17, 2020