# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN MICHAEL RATHBUN,

    Defendant.

3:20-cr-3001?-MGM
NO. 20-mj-03061-KAR

## STIPULATIONS

1. On April 2, 2020, officers from the Longmeadow Police Department (LPD) recovered a yellow diesel fuel cannister and a charred paper pamphlet from 832 Converse Street in Longmeadow, Massachusetts. The fuel cannister contained an unidentified liquid.

  a. An officer from the Longmeadow Fire Department emptied the unidentified liquid from the fuel container and stored it in a secure location. On April 13, 2020, a sample of that liquid was brought to the Massachusetts States Police Trace Arson and Explosives Unit for analysis.

  b. On April 3, 2020, LPD officers brought the yellow fuel container and the charred paper pamphlet recovered from 832 Converse Street to the MSP Crime Lab for analysis. The Massachusetts State Police Crime Laboratory (MSP Crime Lab) tested two samples taken from reddish-brown stains found on the pamphlet and one sample taken from a reddish-brown stain on the handle of the fuel can. The Crime Lab determined that all three reddish-brown stains were human blood. Analysts in the MSP Crime Lab then developed a DNA profile from the three samples using the scientific techniques of DNA extraction, quantification, amplification, and detection.

2. On April 15, 2020, a Special Agent from the Federal Bureau of Investigation took a buccal swab from the defendant, John Michael Rathbun. That swab was sent to the Massachusetts State Police Crime Laboratory, which developed a DNA profile for the defendant from the swab using the scientific techniques of DNA extraction, quantification, amplification, and detection.

3. Massachusetts does not produce crude oil or refine it. Any gasoline used in Massachusetts was brought into Massachusetts from out-of-state.

4. Government exhibit ___ consists of cell phone records from Verizon Wireless for telephone number (413) 636-4047. These records are authentic business records from Verizon Wireless that meet the admissibility requirements of Fed. R. Evid. 803(6).

5. Government and defense exhibits ___ & ____ consist of excerpts from a digital image of the defendant's iPhone. That digital image is an accurate copy of the data on the defendant's iPhone.

6. Government and defense exhibits _____ & ___ consist of excerpts from a digital image of a laptop that belongs to Sheila Rathbun. That digital image is an accurate copy of the data on the laptop.

7. Government exhibits _____ were collected from 20 Lori Lane in East Longmeadow, Massachusetts pursuant to a search warrant on April 15, 2020.

8. Government and defense exhibits ___ & ___ are portions of consensually recorded telephone conversations in which the defendant participated. These recordings are accurate copies of those consensually recorded telephone calls.

9. These Stipulations may be read to the jury and introduced as evidence.

Dated: November ___, 2020

TIMOTHY G. WATKINS
FOREST J. O'NEILL-GREENBERG
Attorneys for John Rathbun

NEIL DESROCHES
Assistant U.S. Attorney
RISA BERKOWER
Trial Attorney
U.S. Department of Justice

3

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:    */s/ Risa Berkower*
RISA BERKOWER
Trial Attorney, U.S. Department of Justice

Dated:  November 13, 2020