UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CRIMINAL NO. 20-30018-MGM
                                  )
JOHN RATHBUN                      )

**MOTION FOR JUDGMENT OF ACQUITTAL AS TO ALL COUNTS, OR
ALTERNATIVELY AS TO COUNT 3, MOTION FOR A NEW TRIAL**

Defendant, John Rathbun, moves pursuant to Federal Rule of Criminal Procedure

29(c)(1) for entry of a judgment of acquittal notwithstanding the jury's failure to reach a verdict

on Counts 1 and 2 of the indictment and its verdict as to Count 3. Alternatively, defendant moves

for a motion for a new trial as to Count 3 of the indictment. As reasons therefore, defendant

states that the evidence at trial was insufficient to permit a rational jury to find Rathbun guilty of

any of the three charges beyond a reasonable doubt. Defendant requests leave to file a

Memorandum in Support of this motion with additional support for this Motion on or before

December 21, 2020.

**CONCLUSION**

For the reasons above, the Court should enter a judgment of acquittal as to all counts of

the indictment. Alternatively, the Court should order a new trial as to Count 3 of the indictment.

1

JOHN RATHBUN
By his attorneys,


*/s/ Timothy G. Watkins*
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 7, 2020.

*/s/ Timothy G. Watkins*
Timothy G. Watkins