UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

**RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO ALLOW
RELEVANT AND ADMISSIBLE EVIDENCE (THE CODIS MATCH) [D.E. 230]**

The government seeks to ask one or two questions of SA Ryan McGonagle to establish that prior to going to 20 Lori Lane he learned that the blood stain on the fuel canister matched John Rathbun's DNA in a database. Defendant does not object to this testimony as so described.

JOHN RATHBUN
By his attorneys,


/s/ Timothy G. Watkins
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061


**CERTIFICATE OF SERVICE**

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 11, 2021.

/s/ Timothy G. Watkins
Timothy G. Watkins