UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

**<u>DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* TO IMPEACH DEFENDANT WITH CONVICTION FOR FALSE STATEMENT TO A FEDERAL OFFICIAL [D.E. 232]</u>**

Defendant, John Rathbun, by and through counsel, responds to the government's request to impeach Mr. Rathbun with his November 23, 2020 false statement conviction should he testify at his re-trial. The government appears to have accurately stated the governing law. Should the government elect to do so, the defendant requests, pursuant to Federal Rules of Evidence 609(e), permission to admit evidence that he contests this conviction and that his appeal of this conviction is pending. Fed. R. Evid. 609(e); *United States v. Swan*, No. 12-CR-00027-JAW, 2013 WL 4806611 *12 (D. Me. Sept. 9, 2013)(for a conviction admitted for impeachment purposes under Fed. R. Evid. 609(e), a defendant may admit evidence of the pendency of appeal).

JOHN RATHBUN
By his attorneys,

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg
Timothy G. Watkins
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I, Forest O'Neill-Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 11, 2021.

                                    *s/ Forest O'Neill-Greenberg*
                                    Forest O'Neill-Greenberg