UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

## <u>RENEWED MOTION FOR RELEASE</u>

Defendant, John Rathbun, renews his request that the Court revoke his detention order and release him pending trial to live at Behavioral Health Network's Opportunity House, a men's Residential Recovery Home providing addiction recovery services. As reason therefore, the Court in its Order denying Rathbun's most recent motion for release [D.E. 252] wrote that "there could be conditions put in place that would address its concerns, specifically in intensive and structured drug rehabilitation programming." [D.E. 261]. Opportunity House is such a program. Placement at Opportunity House, along with conditions previously proposed by the Probation Department, will mitigate if not eliminate the any risk of danger to the community or risk of flight while he awaits trial. Defendant therefore requests the Court order Rathbun's release with the condition that he enter, reside at, and complete the Opportunity House Program.

The Probation Department is aware of this Motion, has confirmed with Opportunity House that Rathbun's pending charges do not preclude admission to the program, and that the program will accommodate electronic monitoring should the Court so order.

The government continues to oppose Rathbun's release under any conditions.

JOHN RATHBUN
By his attorney,


*/s/ Timothy G. Watkins*
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to United States Probation Officer Laura LaValley by e-mail, on February 19, 2021.

*/s/ Timothy G. Watkins*
Timothy G. Watkins

- 2 -