**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN MICHAEL RATHBUN,**<br><br>**Defendant.** | **Crim. No. 20-30018-MGM (S-1)** |

GOVERNMENT'S STATUS REPORT CONCERNING PRE-TRIAL HEARING ORDER

The United States of America, by Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts and Assistant United States Attorneys Steven H. Breslow and Neil Desroches (the "Government"), hereby files the instant Status Report concerning the Court's Pre-Trial Hearing Order dated May 17, 2021. (D.294).

At the pre-trial hearing, the Government informed the defense that it was providing notice of evidence pursuant to Rule 404(b) of the Federal Rules of Evidence – specifically, that the defendant had burned his then-wife's personal belongings while apparently under the influence of narcotics; that he possessed an extraordinarily large amount of gasoline cannisters; and that he frequently lit large fires in their backyard using gasoline as an accelerant. The Government had previously provided notice that, after their divorce, the defendant had repeatedly threatened to burn her house down. In its Order, the Court directed the Government to "file pleadings on New information re: Witnesses by close of business on May 19, 2021" and for the defense to file a response by the close of business on May 25, 2021." (D.300).

The Government did not file any briefing concerning the defendant's ex-wife because, as the Government informed the defense by e-mail and during a conference call on May 25, 2021, the Government did not currently expect to call in its case-in-chief the defendant's ex-wife to

testify about any of these matters, although it reserved the right to do so based upon the defense opening statements and cross-examinations of the Government's witnesses.

During that same call, the Government informed the defense that it expected to call three witnesses who did not testify at the previous trial - Chicopee Police Department Officer Przemyslaw Szura, Dana Graham, and Alfred Alshuler – concerning the evidence that the Government had submitted in its Supplemental Motion *In Limine* To Admit Relevant Context Evidence pursuant to Rules 401(a), 402, 403, and 404, dated December 28, 2020 (the "Supplemental Motion").   (D.233).   On February 1, 2021, the Court partly allowed and partly denied the Supplemental Motion.   Since the subject matter of these three witnesses has already been briefed, argued, and decided, the Government is not filing any additional briefing concerning them.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:      */s/ Steven H. Breslow*
STEVEN H. BRESLOW
(NY2915247)
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105
413-785-0330
steve.breslow@usdoj.gov

By:      */s/ Neil Desroches*
NEIL DESROCHES
Assistant U.S. Attorney
300 State Street, Suite 230
Springfield, MA 01105
neil.desroches@usdoj.gov

Dated:   May 25, 2021

## **Certificate of Service**

I hereby certify that this document filed under seal will be sent by e-mail to the registered participants as identified on the Notice of Electronic Filing.

By:   */s/ Steven H. Breslow*
STEVEN H. BRESLOW
Assistant U.S. Attorney