UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

**MOTION IN LIMINE TO EXCLUDE PROPOSED WITNESS CHAIM KOSOFSKY**

The government previously sought by motion to admit the testimony of Rabbi Chaim Kosofsky. D.E. 293. *Government Motion in Limine to Admit the Testimony of Percipient [sic] Witness Chaim Kosovsky [sic]*. [D.E. 293]. In its motion, the government laid out the gravamen of Rabbi Kosofsky proposed testimony. *Id.* at 4-5. The Court denied the government's motion. [D.E. 303]. Undeterred, the government has indicated to the defense, and today to the Court, that it nevertheless intends to call the Rabbi to testify. The government has not shared with the defense what Rabbi Kosofsky could testify to that survives the Court's ruling.

In defendant's view, the Court's Order was succinct, addressed all facets of the proposed testimony, a left nothing for the government to elicit from Rabbi Kosofsky. Even if there is some quanta of relevance to testimony not covered by the Order, the overwhelming confusion and prejudice flowing from calling a Rabbi to testify at trial, where the government has abandoned its hate crime motivation, demands that any such testimony be excluded. Fed. R. Evid. 403.

The Court must therefore prohibit the government from calling Rabbi Kosofsky as a witness at trial.

JOHN RATHBUN
By his attorneys,


*/s/ Timothy G. Watkins*
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 2, 2021.

*/s/ Timothy G. Watkins*
Timothy G. Watkins