UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-30018-MGM |
| | ) | |
| JOHN RATHBUN | ) | |

**RENEWED MOTION IN LIMINE TO
EXCLUDE PROPOSED WITNESS CHAIM KOSOFSKY**

The Court has limited the government to eliciting from Rabbi Kosofsky testimony regarding the characteristics of the neighborhood nearby 780 Converse Street, including population density, proximity of homes to the container, and the level of pedestrian traffic in the area. *Order Granting in Part and Denying in Part Motion in Limine to Exclude Proposed Witness Chaim Kosovsky* [D.E. 316]. Defendant continues to object to the government's efforts to call a Jewish spiritual leader in its transparent attempt to inject a religious animus overtone where the government has no actual evidence of such animus. Such efforts are the epitome of issue confusion and the danger of misleading the jury is extreme. Fed. R. Evid. 403. The danger of unfair prejudice is heightened by the government's intention to put Rabbi Kosofsky on as its first civilian witness in the case.

As limited by the Court's order, the testimony is also cumulative and a waste of time. The government has a plethora of witnesses from which to pick to testify about the characteristics of the area nearby the tree where the fuel canister was left. Indeed, the government at Rathbun's first trial elicited those characteristics through law enforcement witnesses, firefighters, and the staff of JGS. Rabbi Kosofsky's testimony is therefore needlessly cumulative and in any event far outweighed by the unfair prejudice his status as a spiritual leader brings. Rule 403 compels exclusion.

Should the Court nevertheless identify some incremental probative value to Kosofsky's testimony, defendant requests that the government be precluded from inquiring into Kosofsky's occupation and rabbinical title but instead simply elicit that he is a neighbor to the JGS property. Defendant further requests that, to the extent consistent with faith requirements, Rabbi Kosofsky be instructed to avoid wearing a yarmulke or spiritually associated clothing.

JOHN RATHBUN
By his attorneys,

*/s/ Timothy G. Watkins*
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 6, 2021.

*/s/ Timothy G. Watkins*
Timothy G. Watkins