1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION


United States of America  )
                          )          20cr30018-MGM
     vs                   )
                          )          June 17, 2021
John Michael Rathbun      )
_____)


Video Hearing Held Before

The Honorable Mark G. Mastroianni

United States District Judge.


APPEARANCES:


On behalf of the government:  Neil L. Desroches, Assistant United States Attorney, 300 State Street, Suite 230, Springfield, MA 01105.

Steven H. Breslow, Assistant United States Attorney, 300 State Street, Suite 230, Springfield, MA 01105-2926.

On behalf of the defendant: Timothy G. Watkins, Esq., 51 Sleeper Street, 5th Floor, Boston, MA 02210.

Forest J. O'Neill-Greenberg, 51 Sleeper Street, 5th Floor, Boston, MA 02210.

Alice Moran, CSR, RPR, RMR
Official Federal Court Reporter
United States Courthouse
300 State Street, Room 303D
Springfield, MA 01105
(413)731-0086
alice.moran@verizon.net

**(Video hearing commenced at 11:10.)**

**(The defendant is not present.)**

THE CLERK:  I'll call the case.

The case before the court via Zoom video is criminal matter 20-30018, the United States of America versus John Rathbun.

Counsel, can you please identify yourself for the record started with the government?

ATTORNEY DESROCHES:  Good morning, Your Honor. Neil Desroches on behalf of the United States.

ATTORNEY BRESLOW:  Good morning.  Steven Breslow for the United states.

ATTORNEY WATKINS:  Good morning, Your Honor. Tim Watkins, Federal Defender Office on behalf of John Rathbun.  I believe Ms. O'Neill-Greenberg is trying to get into the hearing and may join us later, but I think we can begin now.

THE COURT:  Okay.  So we should start?

ATTORNEY WATKINS:  I think we can start.

THE COURT:  All right.  And you had at the previous hearing said that Mr. Rathbun's presence was waived for the purposes of this?

ATTORNEY WATKINS:  It is.

THE COURT:  All right.

All right.  This is then a -- I want to make a ruling

on the record regarding the defendant's motions for -- motion for access to jury selection records and materials and I believe that was Docket 310.

Is that the docket you have, Attorney Watkins?

ATTORNEY WATKINS:  I'm looking that up.  It sounds correct.  That would be the pleading that was filed I believe on June 3rd.

THE COURT:  So I'm going to that; Docket 310 is correct.

ATTORNEY WATKINS:  Yes.

THE COURT:  Okay.  All right.  So I'm going to indicate the rulings on each request.  By rulings I mean what material I'll authorize to be turned over to the parties.  If a request is not included in what I have authorized to be turned over, then that particular information should be considered to be denied without prejudice.

So if the request does not include the materials you requested, your request should be deemed denied without prejudice, obviously subject to you coming back and articulating further a need or a basis.

I will also tell you that putting together this information was not without complexity and a significant amount of work by the clerk's office and the jury administrator.  So that's why if there's anything denied

without prejudice that you want to continue to request, we'll need to talk about it further because it could involve, it could involve just an ability to get the information.

All right.  So as to request No. 1, this information will be provided.  The court has requested preparation of this information and anticipates that the clerk's office will be able to provide this information by the end of the day today or certainly by tomorrow.

As to request No. 2, the master jury wheel used to summons trial jurors for this case was refilled on January 12, 2021; that's 1/12/2021.

And again any information I'm conveying to you has come to me from either Ms. Healy from our clerk's office or the jury administrator, Mr. Mackler, or a combination of them working with their staff.

Request No. 3:  Jurors were summonsed for this case on March 16, 2021; that's 3/16/21.

For request No. 4:  832 people were summonsed from our master jury wheel.  As stated in the plan for random selection of jurors, this district utilizes the one-step summoning and qualification procedure.

Request No. 5:  JMS automatically gathers information from the Massachusetts Office of the Jury Commissioner and that automated process calculates proportionality.

Requests 6, 7, and 8:  A response to request 6 will be provided only for the Western division master jury wheel used to select the jury for this case.

Additionally, because this district uses a one-step summoning and qualification procedure, the spreadsheet responsive to request 6 will include the information sought by request 8A through 8E.

No other information responsive to requests 7 and 8 can be provided because the district uses a one-step rather than, as I said, a two-step process.

The court has requested preparation of this information and anticipated that the clerk's office will be able to provide this information by the end of the day today or at the end of the day tomorrow.

Request No. 9:  This information will be included in the document produced in the answer to request 6.

Request 10, no jurors were summonsed to appear in person in the clerk's office.  The clerk's office generally does not do this but especially did not do this during the pandemic.

I'll just add that I don't know of any procedure that would have jurors summonsed to appear actually in the clerk's office.  I don't know if that meant that office specifically or just the courthouse, a courthouse gathering area.

Request No. 11:  The response to request 6 will include the juror sequence numbers for all individuals in the master jury wheel pool from which potential jurors were selected for this trial.

Request No. 12:  The court's orders regarding changes to the jury selection procedures are publicly available on the court's website in the selection listing court announcements.

Request No. 13:  The summons sent to prospective jurors included the master -- included in the master wheel used for this case instructed them to complete the standard pre-pandemic E-Juror form used to qualify jurors.

Following completion of that E-Juror form, prospective jurors were directed to complete a supplemental COVID-19 questionnaire.

The JMS system did not keep tract of who completed the supplemental questionnaire, and no potential juror was excluded from the selection as a potential juror in this case for failure to complete the supplemental questionnaire.

The parties have already been provided with the supplemental questionnaires completed by the potential jurors ordered to report for jury selection in this case.

Request 14:  Information responsive to this question that is available is included in the response to request

No. 6 and in the information previously provided regarding the prospective jurors called for this trial.

Request No. 15:  Our court does not use county voter registration lists.  Instead, information is gathered from the Massachusetts Office of the Jury Commissioner and the information provided by the Office of the Jury Commissioner includes gender, year of birth, zip code, city, county, and street address.  It does not include race and ethnicity information.  Race and ethnicity information is gathered by the E-Jury -- I'm sorry -- E-Juror questionnaire and will be included in the response to question at request 6.

The source list provided by the Massachusetts Office of the Jury Commissioner is directly imported in the JMS system and that information is incorporated into the response to request No. 6.

Requests 16 and 17:  Paper versions of the E-Juror form and the supplemental COVID-19 questionnaire will be and perhaps already have been handed out to the parties or available to the parties if they haven't already been made available.

Request No. 18:  This information was provided in the initial release of materials by the clerk's office as supplemented by the outcome of jury selection -- supplemented at the outcome of the jury selection.

All right.  That covers the requests.  I would ask the parties -- you'll obviously ask the court reporter to produce a transcript of this so you'll have it, but again I ask the parties and I expect there will be no problem coordinating this through Ms. Healy and our clerk's office who works very closely with our jury coordinator to make sure this data gets produced either in actual paper form or in a downloaded type form which might take the form of a disk or just an electronic upload that you could access.

All right.  Attorney Watkins, anything else?

ATTORNEY WATKINS:  No, Your Honor.  I will note and I will work with Ms. Healy on this regarding request No. 14, the supplemental --

THE COURT:  Okay.

ATTORNEY WATKINS:  -- the jurors' answers to the supplemental COVID questionnaire.  Ms. Healy gave us the responses for the Wednesday jurors but I don't think we got the responses for the Tuesday jurors.  I'll just put that on the record, but I'm sure that was just an oversight beside this was a rapidly emerging issue.

THE COURT:  All right.  So with regard to request 14 that would be meant to be -- my comments on the record were meant to include both days.  All of my comments were meant to include jurors for both days, and I'm quite sure you're right given how rapidly this was

evolving.  We were very busy.

So if there are any issues with you working out compliance, you, of course, know how to reach the court on this.  Although I really doubt that would become an issue.

ATTORNEY WATKINS:  I don't anticipate that either.  And with that, Your Honor, I have nothing else to add.

THE COURT:  Okay.  Does the government want to make any comment?

ATTORNEY DESROCHES:  No.  Thank you, Your Honor.

THE COURT:  All right.  Okay.

ATTORNEY BRESLOW:  Good morning, Your Honor.

THE COURT:  Okay.  Good afternoon to everyone; good morning to everyone.

I do want to thank again and I thank personally our jury coordinator and Clerk Healy for really working hard to put this information together, some of which does take quite a bit of work.  So again thank you to them.  All right, everyone.  Thanks.  Have a good day.

ATTORNEY WATKINS:  Thank you, Your Honor.

ATTORNEY DESROCHES:  Thank you.

**(Hearing concluded at 11:25.)**

---------------

(The certification of this transcript does not apply to any reproduction of this transcript, unless under the direct control and/or supervision of the certifying reporter.  I assume no responsibility for the accuracy of any reproduced copies not made under my control or direction.)

CERTIFICATION


        I certify that the foregoing is a correct

transcript of the record of proceedings in the

above-entitled matter to the best of my skill and ability.




/s/ Alice Moran                         June 17, 2021
Alice Moran, RMR, RPR
Federal Official Court Reporter